UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORK PETROSYAN, | Case No. 5:26-cv-01482-ODW-RAO |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN,[1] et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

**IT IS ORDERED AND ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted.

DATED: April 13, 2026

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, Secretary of Homeland Security, is hereby substituted as respondent.